

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Environmental Defense Section*                                                                   *Telephone (202) 598-3553*
*P.O. Box 7611*                                                                                         *Facsimile (202) 514-8865*
*Washington, DC 20044*

January 11, 2024

Michael E. Gans, Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
111 South 10th Street
St. Louis, MO 63102

**VIA CM/ECF**

RE: Notice Regarding Oral Argument Coordination in *Arkansas v. EPA*, No. 23-1320; *Missouri v. EPA*, No. 23-1719; *Union Elec. Co. v. EPA*, No. 23-1751; *Southwestern Elec. Power Co. v. EPA*, No. 23-1765; *City Utilities of Springfield v. EPA*, No. 23-1774; *Allete v. EPA*, No. 23-1776; *Hybar v. EPA*, No. 23-1777; *Ark. League of Good Neighbors v. EPA*, No. 23-1778

Dear Mr. Gans:

Respondents U.S. EPA and Administrator Michael Regan ("EPA") write to notify the Court, pursuant to Local Rule 34B, that the eight, above-captioned cases raise similar questions and should be heard together if oral argument is granted. A coordinated approach to oral argument would promote judicial economy and conserve resources for the Court. Two of these cases, *Union Elec. Co.* (No. 23-1751) and *Ark. League of Good Neighbors* (No. 23-1778), are now fully briefed. The reply briefs in the remaining six cases are due on January 18, 2024. After Petitioners have filed their reply briefs in all eight cases, EPA intends to confer with Petitioners and, upon considering their input, file a motion proposing a coordinated oral argument format.

                                                                    Sincerely,

                                                                    s/ *Amanda V. Lineberry*
                                                                    MIRANDA M. JENSEN
                                                                    JIN HYUNG LEE
                                                                    AMANDA V. LINEBERRY

                                                                    Counsel for Respondents

## CERTIFICATE OF SERVICE

      I hereby certify that on January 11, 2024, I electronically filed the foregoing letter using the court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                            s/ *Amanda V. Lineberry*
                                            AMANDA V. LINEBERRY

                                            Counsel for Respondents

- 2 -

Appellate Case: 23-1778    Page: 2    Date Filed: 01/11/2024 Entry ID: 5352548