Michael E. Gans  
Clerk of Court

United States Court of Appeals  
For the Eighth Circuit  
Thomas F. Eagleton U.S. Courthouse  
111 South 10th Street, Room 24.329  
St. Louis, Missouri 63102

VOICE (314) 244-2400  
FAX (314) 244-2780  
www.ca8.uscourts.gov

January 16, 2024

This will acknowledge receipt of Respondents' letter of January 11, 2024. The clerk of court has already identified the following as cases to be argued before the same panel at the same time on the same date:

23-1320 State of Arkansas, et al. v. EPA, et al.
23-1719 State of Missouri, et al. v. EPA, et al.
23-1751 Union Electric Company, d/b/a Ameren Missouri v. EPA, et al.
23-1765 Southwestern Electric Power and Arkansas Electric Coop. v. EPA, et al.
23-1774 City Utilities of Springfield, MO v. EPA, et al.
23-1776 ALLETE, Inc., et al. v. EPA, et al.
23-1777 Hybar, LLC v. EPA, et al.
23-1778 Arkansas League of Good Neighbors v. EPA, et al.

Sincerely,  
Michael E. Gans  
Clerk of Court

SNO