IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| ARKANSAS LEAGUE OF GOOD NEIGHBORS, | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) No. 23-1778 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and MICHAEL S. REGAN, in his official capacity as Administrator, United States Environmental Agency, | ) ) ) ) ) ) ) |
| Respondents. | ) ) ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to F.R.A.P. 26.1 and Rule 26.1A of the Local Rules of the United States Court of Appeals for the Eighth Circuit, Arkansas League of Good Neighbors discloses the following corporate interests:

1. The parent companies of the corporation: **NONE**

2. Subsidiaries not wholly owned by the corporation: **NONE**

3. Any publicly held company that owns ten percent (10%) or more of the corporation: **NONE**

Dated: April 21, 2023

Respectfully submitted,

/s/ Kelly M. McQueen
Kelly M. McQueen
The McQueen Firm, PLLC
12 Woodsong Drive
Roland, AR  72135
(501) 580-3291
kelly@mcqueen.law

*Counsel for Petitioner*
*Arkansas League of Good Neighbors*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of April, 2023, service was provided through the electronic case filing system to the following:

>Mr. Jin Hyung Lee
>U.S. Department of Justice
>Environment & Natural Resources Division Environmental Defense Section
>P.O. Box 7611
>Washington, D.C. 20044-7611
>(202) 514-2640
>jin.hyung.lee@usdoj.gov

With mailing via USPS to:

>The Honorable Michael S. Regan
>Administrator
>Office of the Administrator (1101A)
>United States Environmental Protection Agency
>1200 Pennsylvania Avenue, N.W.
>Washington, DC 20460
>
>The Honorable Merrick Garland
>Attorney General of the United States
>United States Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, DC 20530-0001

/s/ Kelly M. McQueen
Kelly M. McQueen

\